| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROBERT H. JOHNSON LLC<br>1818 Old Cuthbert Road, Suite 107<br>Cherry Hill, NJ 08034<br>(856) 298-9328<br>Attorneys for Debtor<br>Robert H. Johnson (RJ-0077) | Order Filed on September 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bruce David Pitts, | Case No:     14-16421<br><br>Chapter:     13<br><br>Hearing Date:     9/17/19<br><br>Judge:     Michael B. Kaplan |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

> Recommended Local Form:   ☑ Followed     ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 18, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 5 Ruscombe Court, Willingboro, NJ

4. Description of Mortgage/Judgment Lien:
    a. Original Mortgagee/Lienholder: Citibank, NA
    b. Current Assignee: Mortgage Electronic Registration Systems, Inc.
    c. Current Servicer: CitiMortgage, Inc.
    d. Date of Mortgage/Lien: 10/11/07
    e. Date of Recordation: 12/6/07
    f. Place of Recordation: Burlington County, New Jersey
        i. Mortgage Book: 11648
        ii. Page: 550
    g. Original Principal Balance of Mortgage/Lien: $ 37,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*