UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Bruce David Pitts,

Debtor.

| | |
|---|---|
| Case No.: | 14-16421 |
| Hearing Date: | 9/17/19 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified |

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ Bruce David Pitts _____ , and

for good cause shown, it is

ORDERED as follows:

1.  This case is reopened.

2.  ❑  A Trustee shall be appointed.

    ☒  A Trustee shall not be appointed.

3.  ❑  An amendment to the schedule(s) noted in the underlying motion shall be
    filed within 14 days of the date of this order.  If the amendment is not filed, the
    case shall be reclosed without further order of the court.

4.  The case shall be reviewed within __14__ days for closing eligibility.  The case
    may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who
entered an appearance on this motion.

*Rev. 5/1/2019*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 14-16421-MBK
Bruce David Pitts                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 19, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
```
db              +Bruce David Pitts,   5 Ruscombe Court,   Willingboro, NJ 08046-4016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
          Robert H. Johnson    on behalf of Debtor Bruce David Pitts ecfmail@rhjlaw.com,
           r43974@notify.bestcase.com
          Steven K. Eisenberg    on behalf of Creditor    Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                            TOTAL: 5
```