**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

In Re:

Bruce David Pitts,

**Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 14-16421

Chapter: 13

Hearing Date: 9/17/19

Judge: Michael B. Kaplan

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 18, 2019**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 5 Ruscombe Court, Willingboro, NJ

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Citibank, NA
   b. Current Assignee: Mortgage Electronic Registration Systems, Inc.
   c. Current Servicer: CitiMortgage, Inc.
   d. Date of Mortgage/Lien: 10/11/07
   e. Date of Recordation: 12/6/07
   f. Place of Recordation: Burlington County, New Jersey
      i. Mortgage Book: 11648
      ii. Page: 550
   g. Original Principal Balance of Mortgage/Lien: $ 37,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce David Pitts  
    Debtor  

Case No. 14-16421-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 19, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.  
db          +Bruce David Pitts,   5 Ruscombe Court,   Willingboro, NJ 08046-4016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:  
      Albert Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor   Embrace Home Loans, Inc. rsolarz@kmllawgroup.com  
      Robert H. Johnson   on behalf of Debtor Bruce David Pitts ecfmail@rhjlaw.com, r43974@notify.bestcase.com  
      Steven K. Eisenberg   on behalf of Creditor   Embrace Home Loans, Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                            TOTAL: 5